# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

## DECLARATION IN SUPPORT OF ATTORNEY'S FEES

Melinda L. Power, an attorney admitted in the State of Illinois and Northern District of Illinois, hereby states pursuant to 28 U.S.C.1746:

1. I am an attorney licensed to practice in the State of Illinois since 1981. I graduated with honors from Golden Gate College of Law in 1980. I am admitted to practice before the Court of Appeals for the Seventh Circuit, the Illinois Supreme Court, and the United States District Courts for the Northern District of Illinois, the Central District of Illinois, and the Southern District of Illinois, and the Court of Appeals for the Eighth Circuit and the District of North Dakota. I am licensed to practice in the State of California, though I am on inactive status, and I am licensed to practice in the Northern District of California.

2. I have continuously been engaged in the active practice of law since 1981. I am the sole proprietor of West Town Law Office. My practice focuses on civil rights litigation, particularly in the areas of police misconduct and prisoner issues, and on criminal defense. I have been involved in approximately forty jury trials and as sole counsel in about one hundred non-jury trials.

3. I have over 41 years of experience litigating criminal defense and civil rights cases. I have participated in federal civil rights appeals and trials, obtained numerous favorable verdicts and settlements for my clients, and I am currently litigating numerous federal civil rights cases in this and other districts. I also successfully litigated a case before the North Dakota Supreme Court.

4. I am a member of the National Police Accountability Project (NPAP) of the National Lawyers Guild for more than 15 years. NPAP is a nationwide association of lawyers specializing in civil rights and police misconduct litigation. I coordinate, along with another lawyer, the Continuing Legal Education of the local NPAP chapter. In that capacity, we have invited Irene Dymkar to speak to our local NPAP chapter on at least three occasions regarding various civil rights issues. We invited her because of her expertise on civil rights issues that many civil rights attorneys face here in Chicago. Her presentations have been very well-attended because civil rights attorneys in Chicago expect that, due to her thoroughness, preparedness and skills, she will give instructive and helpful presentations. She has. She is a sought-after speaker for our local NPAP meetings.

5. I know about the experience, expertise and reputation of attorney Irene Dymkar through one-on-one discussions of legal issues and cases with her as well as other lawyers and direct review and observation of her legal work. She is an experienced, competent and zealous advocate. I

have personally worked on two civil rights cases with her that, due to her complete dedication to the cases, settled very favorably on behalf of our clients. I have also discussed extensively with her the case of *Ollison v. Wexford Health Sources, Inc.* 17 C1077, which she recently settled against Wexford Health Sources, Inc., in the Central District of Illinois for the policy limit of 3 million dollars. The remaining portion of the case, against the Illinois Department of Corrections, is going to trial.

6. I have watched Irene Dymkar at some of her trials, including the case of *Davis v. City of Chicago,* 15 L 4799. She obtained a verdict in that case of almost $5,100,000.00, which was upheld on appeal.

7. Through my career as a civil rights attorney, I have specific and personal knowledge of reasonable prevailing rates of civil rights attorneys whose dates of graduation include from the years 1978 to 2008. I am aware of the prevailing rate for civil rights attorneys who have expertise and experience comparable to Irene Dymkar. I am also aware of the reasonable and actual billing rates of such attorneys.

8. Based on my experience and knowledge of reasonable attorney's fees awarded in civil rights cases, $525.00 an hour is a very reasonable rate for Irene Dymkar.

9. Further affiant sayeth naught.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 10th day of October, 2022.

/s/Melinda Power
West Town Law Office
2502 W. Division
Chicago, Il. 60622
773-278-6706
Melindapower1@gmail.com