**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**DECLARATION IN SUPPORT OF ATTORNEY'S FEES**

James L. Bowers, an attorney admitted in the State of Illinois and Northern District of Illinois, hereby states pursuant to 28 U.S.C. § 1746:

1. I am and, for forty-five years since 1977, have been an attorney in good standing licensed to practice law in the State of Illinois.

2. In 1972, I graduated from the University of Illinois at Champaign with a Bachelor of Arts Degree, with Distinction in Political Science.

3. In 1977, I received a Juris Doctor degree from DePaul University. Throughout my law school career, from 1974 to 1977, I was employed by the Legal Assistance Foundation of Chicago.

4. I am a member of the Trial Bar of the U.S. District Court for the Northern District of Illinois and am admitted to practice before the U.S. Court of Appeals for the Seventh Circuit.

5. From 1977 through 1979, I was employed as General Counsel by Clipper Exxpress, a nationwide freight-forwarding firm located in Chicago, Illinois. My responsibilities included acting as the in-house counsel liaison with the California law firm of Broad, Khourie, & Schulz, responsible for conducting document discovery in a civil antitrust claim against competing ICC-regulated trucking companies.

6. From 1979 to 1984, I was employed by the U.S. Department of Labor, Office of the Solicitor, as a Trial Attorney responsible for prosecution of violations of the Occupational Safety and Health Act of 1970 (OSHA) in administrative proceedings throughout the Midwest Region.

In that capacity, I prosecuted and tried hundreds of cases before Administrative Law Judges, including the late Hon. James Alesia, later a District Court Judge in the Northern District of Illinois, and the Hon. Edward Bobrick, later a Magistrate Judge in the Northern District of Illinois. My OSHA trial work was conducted in strict accordance with the Federal Rules of Evidence and was accepted as proof of my qualification to be admitted to the Trial Bar of the Northern District of Illinois.

    7. In 1983, I was called to the U.S. House of Representatives to testify on OSHA enforcement policy before a Subcommittee of the Committee on Government Operations, chaired by the Hon. Barney Frank.

    8. From 1984 to 1988, I was employed by the Chicago law firm of Rosin & Rosin, concentrating in medical malpractice, product liability, and significant personal injury litigation.

    9. From 1988 to 1998, I was a principal and partner in the law firm of Bowers & Palmer, concentrating in litigation of medical malpractice and personal injury cases. During that time-period, I was also a regular lecturer at the Occupational Safety and Health Training Institute in Rosemont, Illinois on the subject of asbestos enforcement policy and litigation.

    10. From 1999 to the present, I have been a solo practitioner, concentrating in medical malpractice, personal injury, civil rights, and employment discrimination. I have also worked as co-counsel with Attorney Irene K. Dymkar, trying eleven jury trials to verdict and reaching significant settlements in several other cases.

    11. Since 1985, I have resided in the far west side Chicago neighborhood of Austin and have provided *pro bono* legal services to many of my neighbors. I am currently serving on the Board of Directors of two non-profit organizations, the Austin Chamber of Commerce and

Chicago Austin Youth Travel Adventures, whose mission is to take disadvantaged youth from our community to Ghana, Africa.

12. I have become personally aware of the experience, expertise and reputation of attorney Shamoyita DasGupta through working with her as co-counsel on civil rights cases and direct observation of her legal and trial work. Ms. DasGupta has an excellent legal mind able to quickly grasp complex legal issues and exhibits a calm thoroughness in examining witnesses at trial.

13. Through my career as a civil rights attorney, through litigating my own fee petition, and through my association with the civil rights trial bar, I have specific and personal knowledge of reasonable prevailing rates of civil rights attorneys who have expertise and experience comparable to Ms. DasGupta. Based on Affiant's familiarity with the skill level, experience, productivity, and success of Ms. DasGupta, Affiant believes that a fair and reasonable rate for Ms. DasGupta in the current market in the Northern District of Illinois is $325 per hour.

14. Further Affiant sayeth not.

I declare under penalty of perjury under
the laws of the United States of America
that the foregoing is true and correct.

Dated: October 10, 2022

/s/ James L. Bowers
James L. Bowers

James L. Bowers
Attorney at Law
5942 W. Chicago Avenue
Chicago, IL 60644
(312) 343-6326